In the matter of the petition of George E. Chase to cancel liquor-tax certificate No. 18,745, granted to Thomas A. Perew. No opinion. Order affirmed, with $10 costs and disbursements.

CHISOLM, Respondent, v. WEED et al., Appellants. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Action by Mary A. Chisolm against Joseph E. Weed and others. L. Bronner, for appellants. J. Punnett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. March 21, 1900.) In the matter of the application of the grade-crossing commissioners of the city of Buffalo to ascertain compensation, etc. No opinion. Order confirming award affirmed, with costs.

CITY REAL-ESTATE CO. v. GAYLOR. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by the City Real-Estate Company against Clarence W. Gaylor. No opinion. Motion denied, on payment of $10 costs of opposing motion, and leave granted to apply to the court below to open default on payment of an additional $10.

CLAPP, Respondent, v. NICHOLS, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Hawley D. Clapp against Mary A. Nichols, impleaded, etc. No opinion. Motion to confirm the referee's report denied, on the ground that the application should be made in the first instance at the special term. See 53 N. Y. Supp. 1101.

In re CLARKE. (Supreme Court, Appellate Division, First Department. February 16, 1900.) In the matter of David Clarke, deceased. No opinion. Motion denied, with $10 costs.

In re COLONIAL PARK. (Supreme Court, Appellate Division, First Department. April 2, 1900.) In the matter of the Colonial Park. No opinion. Motion denied.

COLUMBIA BANK et al., Respondents, v. EQUITABLE LIFE ASSUR. SOC., Appellant. (Supreme Court, Appellate Division, First Department. March 16, 1900.) Action by the Columbia Bank and another against the Equitable Life Assurance Society. W. C. Prime, for appellant. J. J. Frank, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re COMAN. (Supreme Court, Appellate Division, Fourth Department. March 27, 1900.) In the matter of the application of Frederick H. Coman for an order revoking the liquor-tax certificate of Stranahan Downer. No opinion. Order affirmed, with $10 costs and disbursements.

COMMERCIAL BANK, Appellant, v. BRANDT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 21, 1900.) Action by the Commercial Bank against Catharine Brandt and others. No opinion. Judgment affirmed, with costs.

COOPER v. COOPER. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Action by John J. Cooper against Amelia Cooper. No opinion. Motion denied, upon payment of $10 costs. See 59 N. Y. Supp. 86.

CRANE, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 27, 1900.) Action by Maud L. Crane against the Brooklyn Heights Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements. See opinion in Jeffards v. Railroad Co. (herewith decided) 63 N. Y. Supp. 530.

CREIGHTON, Respondent, v. BRENNAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Henry J. Creighton against Patrick Brennan. No opinion. Judgment of the municipal court affirmed by default, with costs.

CRINNIAN, Respondent, v. KNAUTH et al., Appellants. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Action by Thomas M. Crinnian against Manuel Knauth & Co. A. Knauth, for appellants. J. J. Allen,, for respondent. No opinion. Judgment affirmed, with costs. See 61 N. Y. Supp. 976.

In re CURTIS et al. (Supreme Court, Appellate Division, First Department. January 19, 1900.) In the matter of Theodore A. Curtis and another. No opinion. Motion granted, with $10 costs. See 45 N. Y. Supp. 1134.

In re CURTIS et al. (Supreme Court, Appellate Division, First Department. March 16, 1900.) In the matter of Theodore A. Curtis and another. No opinion. Motion to dismiss appeal denied, on payment of $10 costs. See 62 N. Y. Supp. 1134.

DALEY, Appellant, v. SIMONSON et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 7, 1900.) Action by James B. Daley, as receiver, against Oliver B. Simonson and others. No opinion. Judgment affirmed, with costs.

DAVIES et al., Respondents, v. CLARK, Appellant. (Supreme Court, Appellate Division, First Department. March 23, 1900.) Action by William G. Davies and others against Francis A. Clark. D. McMahon, for appellant. H. Lindsley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

DAY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 13, 1900.) Action by Frank Day against the Brooklyn Heights Railroad Company. No opinion. Judgment and order affirmed, with costs.

DE HIERAPOLIS v. REILLY et al. (Supreme Court, Appellate Division, First Depart-